UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDI KILBURN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,[1] <br><br> Defendant. | CASE NO. C12-5414 RJB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING TO COMMISSIONER FOR FURTHER CONSIDERATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate J. Richard Creatura. Dkt. 19. The Magistrate Judge recommends that the Commissioner's denial of disability insurance benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings.

The Court need only make a de novo determination of the portions of Magistrate Judge Creatura's Report and Recommendation to which Defendant makes objections. 28 U.S.C. § 636(b)(1). Defendant has not filed any objection to the Report and Recommendation.

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING TO COMMISSIONER FOR
FURTHER CONSIDERATION- 1

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3) **JUDGMENT** is for plaintiff and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 18th day of March, 2013.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING TO COMMISSIONER FOR FURTHER CONSIDERATION- 2